

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Steven Morgan, Appellant

No. 06-14-00199-CR     v.

The State of Texas, Appellee

Appeal from the 5th District Court of Bowie County, Texas (Tr. Ct. No. 10F00084-5). Opinion delivered by *Justice Carter, Morriss and Moseley participating. *Sitting by Assignment.

As stated in the Court's opinion of this date, we find no error in the order of the court below. We affirm the order of the trial court.

We note that the appellant, Steven Morgan, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED MARCH 9, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk